UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANNA MARIE BAISDEN, *et al.*,

      Plaintiff,

v.

THE TJX COMPANIES, *et al.*,

      Defendants.

Civil Action 2:25-cv-480
Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

## REPORT AND RECOMMENDATION

This matter is before the undersigned for a Report and Recommendation on the Court's September 3, 2025 Show Cause Order (ECF No. 14). For the reasons that follow, it is **RECOMMENDED** that Plaintiff's claims against defendants identified as "John/Jane Does #1-25" ("the Doe Defendants") be **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m) for failure to effect service.

Plaintiff asserted claims against the Doe Defendants but never identified them by name or served them with the summons and Complaint. On September 3, 2025, the Court ordered Plaintiff to show cause why her claims against the Doe Defendants should not be dismissed without prejudice under Rule 4(m) for failing to effect service, and why the Court should allow Plaintiff additional time to effect service. (ECF No. 14.) To date, Plaintiff has neither responded to that Show Cause Order, sought to amend the Complaint to identify the Doe Defendants, nor effected service upon them. Accordingly, dismissal without prejudice is warranted.

It is therefore **RECOMMENDED** that Plaintiff's claims be dismissed without prejudice pursuant to Rule 4(m) for failure to effect service.

### PROCEDURE ON OBJECTIONS

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s).  A Judge of this Court shall make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations to which objection is made.  Upon proper objections, a Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the Magistrate Judge with instructions.  28 U.S.C. § 636(b)(1).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE