UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Anne Marie Baisden,

    Plaintiff,

    v.

The TJX Companies Inc., *et al.*,

    Defendants.

Case No. 2:25-cv-480

Judge Michael H. Watson

Magistrate Judge Vascura

### ORDER

The Magistrate Judge issued a Report and Recommendation recommending that the Court dismiss without prejudice Plaintiff's claims against "John/Jane Does #1–25" for failure to timely effect service. R&R 1–2, ECF No. 15. The R&R notified the parties of their right to object to that recommendation and warned them of the consequences of failing to do so. *Id.* at 2. No party objected. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff's claims against "John/Jane Does #1–25." The Clerk **SHALL** terminate those parties as defendants on the docket.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT